# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THERESA MULLEN,

      Plaintiff,

                                       CASE NO. 04-71897

v.                                          HON. LAWRENCE P. ZATKOFF

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

      Defendant.
_____/

## ORDER

This matter is currently before the Court on Magistrate Judge Pepe's Report and Recommendation in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment should be granted and Plaintiff's Motion for Summary Judgment should be denied. On April 28, 2005, Plaintiff filed an objection to the Magistrate's Report and Recommendation.

After a thorough review of the court file, Plaintiff's and Defendant's motions, the Report and Recommendation, and Plaintiff's Objections, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY GRANTS Defendant's Motion for Summary Judgment and HEREBY DENIES Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

                                                                    s/Lawrence P. Zatkoff
                                                                    LAWRENCE P. ZATKOFF
                                                                    UNITED STATES DISTRICT JUDGE

Dated: May 10, 2005

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 10, 2005.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290